# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:17-cv-07330-SVW-JEM | Date | January 4, 2018 |
| Title | *Smylie v. First Mercury* | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DENYING MOTION TO REMAND [11]

Plaintiff concedes in his papers that the only cause of action asserted against the non-diverse party is improper. Dkt. 14. The motion to remand is therefore DENIED.

IT IS SO ORDERED.

Initials of Preparer

PMC